# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

MICHAEL GREER,

    Petitioner,

vs.               9:13-CV-00345 (JKS)

D. HUDSON, Warden, F.C.I. Ray Brook,

    Respondent.

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that pursuant to the Memorandum Decision of the Hon. James K. Singleton, Jr., United States District Judge, dated June 20, 2014, the Petition under 28 U.S.C. § 2241 for a Writ of Habeas Corpus (Dkt. No. 1) is **DENIED**.

DATED: June 23, 2014

_Lawrence K. Baerman_
Clerk of Court

ENTERED 6/23/2014
BY PTM

              -S-_____
              PTM
              Deputy Clerk